FILED

AUG 27 2015 ERA
8-27-15
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_Hezekiah Hamilton_ )
(Full name and prison number) )
(Include name under which convicted) )
PETITIONER )
) 15cv7592
vs. ) Judge James B. Zagel
) Magistrate Judge Sidney I. Schenkier
_Kimberly Butler_ ) PC10
(Warden, Superintendent, or authorized )
person having custody of petitioner) )
CUSTODIAN, and )
)
(Fill in the following blank **only** if judgment )
attacked imposes a sentence to commence )
in the future) )
)
ATTORNEY GENERAL OF THE STATE OF )
) Case Number of State Court Conviction:
_Illinois_ ) _No. 07-CF-3445_
(State where judgment entered) )

**PETITION FOR WRIT OF HABEAS CORPUS – PERSON IN STATE CUSTODY**

1. Name and location of court where conviction entered:

    _Circuit Court of Kane County, Illinois_

2. Date of judgment of conviction:

    _July 1, 2010_

3. Offense(s) of which petitioner was convicted (list all counts with indictment numbers, if known)

    _First Degree Murder_

4. Sentence(s) imposed: _55-Years_

5. What was your plea? (Check one)   (A) Not guilty   (✓)
                                      (B) Guilty       ( )
                                      (C) Nolo contendere ( )

   If you pleaded guilty to one count or indictment and not guilty to another count or indictment, give details:

Revised: 11/03/11

**PART I – TRIAL AND DIRECT REVIEW**

1. Kind of trial: (Check one):   Jury ( )   Judge only (✓)
2. Did you testify at trial?   YES ( )   NO (✓)
3. Did you appeal from the conviction or the sentence imposed? YES (✓) NO ( )

    (A) If you appealed, give the

    (1) Name of court: _Appellate Court of Illinois – Second District_
    (2) Result: _Judgment Affirmed_
    (3) Date of ruling: _December 14, 2011_
    (4) Issues raised: _Imposition of Excessive Sentence, Judge Abuse of discretion_

    (B) If you did not appeal, explain briefly why not: _N/A_

4. Did you appeal, or seek leave to appeal, to the highest state court?   YES (✓)   NO ( )

    ( ) If yes, give the

    (1) Result: _Petition for Leave to Appeal, Denied_
    (2) Date of ruling: _May 30, 2012_
    (3) Issues raised: _Same as 3-A (4) Above Excessive Punishment_

    (B) If no, why not: _N/A_

5. Did you petition the United States Supreme Court for a writ of *certiorari*?  Yes (✓)  No ( )

    If yes, give (A) date of petition: _8/30/12_  (B) date *certiorari* was denied: _____

**PART II – COLLATERAL PROCEEDINGS**

1. With respect to this conviction or sentence, have you filed a post-conviction petition in state court?

    YES (✓)  NO ( )

    With respect to *each* post-conviction petition give the following information (use additional sheets if necessary):

    A. Name of court: *Circuit Court of Kane County*

    B. Date of filing: *February 14, 2013*

    C. Issues raised: *(1) Ineffective Assistance of trial Counsel, and (2) Ineffective Assistance of Appellate Counsel*

    D. Did you receive an evidentiary hearing on your petition?     YES ( )  NO (✓)

    E. What was the court's ruling? *Petition dismissed*

    F. Date of court's ruling: *February 28, 2013*

    G. Did you appeal from the ruling on your petition?     YES (✓)  NO ( )

    H. (a) If yes, (1) what was the result? *dismissal Affirmed*

          (2) date of decision: *December 19, 2014*

       (b) If no, explain briefly why not: *N/A*

    I. Did you appeal, or seek leave to appeal this decision to the highest state court?

       YES (✓)  NO ( )

       (a) If yes, (1) what was the result? *PLA Denied*

             (2) date of decision: *March , 2015*

       (b) If no, explain briefly why not:

       *N/A*

2. With respect to this conviction or sentence, have you filed a petition in a **state court** using any other form of post-conviction procedure, such as *coram nobis* or habeas corpus?   YES (✓)   NO ( )

   A. If yes, give the following information with respect to each proceeding (use separate sheets if necessary):

   1. Nature of proceeding — *Motion for DNA-Testing*
   2. Date petition filed — *April 2, 2015 (still pending)*
   3. Ruling on the petition — "
   4. Date of ruling — "
   5. If you appealed, what was the ruling on appeal? — "
   6. Date of ruling on appeal — "
   7. If there was a further appeal, what was the ruling? — "
   8. Date of ruling on appeal —

3. With respect to this conviction or sentence, have you filed a previous petition for habeas corpus in **federal court**?   YES ( )   NO (✓)

   A. If yes, give name of court, case title and case number: __N/A__

   B. Did the court rule on your petition? If so, state

   (1) Ruling: __N/A__

   (2) Date: _____

4. With respect to this conviction or sentence, are there legal proceedings pending in any court, other than this petition?   YES (✓)   NO ( )

   If yes, explain:

   *The Motion for Forensic/DNA Testing is Currently pending before the Circuit Court of Kane County.*

**PART III – PETITIONER'S CLAIMS**

1. State briefly every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. You may attach additional pages stating additional grounds and supporting facts. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds later.

**BEFORE PROCEEDING IN THE FEDERAL COURT, YOU MUST ORDINARILY FIRST EXHAUST YOUR STATE COURT REMEDIES WITH RESPECT TO EACH GROUND FOR RELIEF ASSERTED.**

(A) Ground one __INEFFECTIVE ASSISTANCE OF TRIAL COUNSEL__
Supporting facts (tell your story briefly without citing cases or law):

Petitioner was denied his Sixth and Fourteenth Amendment Rights under the U.S. Constitution due primarily to the ineffective Assistance of trial counsel for both eliciting and failing to object to prejudicial other crimes evidence regarding other crimes evidence regarding prior domestic violence in his relationship with decedent Brenetta Beck which her mother was allowed to testify that petitioner raped Brenetta and got her pregnant.

(B) Ground two __INEFFECTIVE ASSISTANCE OF APPELLATE COUNSEL__
Supporting facts:

Petitioner was denied his Sixth and Fourteenth Amendment Rights under the U.S. Constitution due to the ineffective Assistance of Appellate Counsel for not raising the issue of trial counsel's ineffectiveness for not objecting to and eliciting prejudicial other crimes evidence regarding violence with the victim and was available for Briefing on direct Appeal.

(C) Ground three **SENTENCE IMPOSED WAS ABUSE OF DISCRETION**
Supporting facts:

The trial Court Judge abused his discretion by imposing a 55-year sentence on Petitioner where he was facing deportation to Jamaica. Such abuse of discretion Violated Due process Clause of United States Constitution. The 55-Year sentence was Five-years below the statutory Maximum and should not have been imposed

(D) Ground four
Supporting facts:

2. Have all grounds raised in this petition been presented to the highest court having jurisdiction?
   YES ( )   NO ( )

3. If you answered "NO" to question (2), state briefly what grounds were not so presented and why not:

**PART IV – REPRESENTATION**

Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(A) At preliminary hearing _____—_____

(B) At arraignment and plea _____—_____

(C) At trial _Thomas C. McCulloch Asst. P.D._____

(D) At sentencing _____"_____"_____

(E) On appeal _Asst. Appellate Defender Jaime L. Montgomery, One Douglas Ave. Elgin, IL 60120_

(F) In any postconviction proceeding _____N/A_____

(G) Other (state): _P.C. Appeal Karl M. Mundt, One Douglas Ave. Elgin, IL 60120_

**PART V – FUTURE SENTENCE**

Do you have any future sentence to serve following the sentence imposed by this conviction?

YES ( )   NO (✓)

Name and location of the court which imposed the sentence: _Kane County  N/A_

Date and length of sentence to be served in the future _N/A_

  WHEREFORE, petitioner prays that the court grant petitioner all relief to which he may be entitled in this proceeding.

Signed on: _July 30, 2015_
           (Date)                               _____
                                                Signature of attorney (if any)

                                                I declare under penalty of perjury that the foregoing is true and correct.

                                                _Hezekiah Hamilton_
                                                (Signature of petitioner)

                                                _R-26458_
                                                (I.D. Number)

                                                _P.O. Box 1000_
                                                (Address)
                                                _Menard, IL 62259_