IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HEZEKIAH HAMILTON,<br>Petitioner,<br><br>VS.<br><br>KIMBERLY BUTLER,<br>Respondent. | 15cv7592<br>Judge James B. Zagel<br>Magistrate Judge Sidney I. Schenkier<br>PC10<br><br>**FILED**<br>AUG 27 2015<br>8-27-15<br>THOMAS G. BRUTON<br>CLERK, U.S. DISTRICT COURT |

MOTION TO STAY THE HABEAS CORPUS

## PROCEEDING

Now Comes, Hezekiah Hamilton, the Petitioner, <u>Pro-se</u>, Respectfully Asks this Court to Grant his Motion to Stay the Writ of Habeas Corpus proceedings. In Support of his Motion Petitioner States as follows:

1.) He is the petitioner in the above entitled Cause and he is Currently incarcerated at the Menard Corr. Ctr., P.O. Box 1000, Menard, IL 62259, Under Reg. No #R-26458.

2.) On July 30, 2015 he filed a <u>pro-se</u> Petition for a Writ of Habeas Corpus under 28 U.S.C. Section 2254.

3.) Petitioner filed said Habeas Corpus Petition as a "Protective Writ" so that he would not exceed the Statute of limitation.

4.) He presently has a Motion for Forensic/DNA Testing pending in the Will County Circuit Court; he filed the Motion in the States Court on March 18, 2015

5.) In Illinois such a Motion Under 725 ILCS 5/116-3 (a) & (c) a defendant must make a prima facie Claim of Actual Innocence.

-1-

6.) Petitioner intends on filing a Successive Post-Conviction Petition depending on the result of said DNA testing.

7.) A Successive Post-Conviction is an available remedy in Illinois Under 725 ILCS 5/122-1 (C) & (F).

8.) Petitioner will present Claims of prosecutorial Misconduct, Withholding evidence and perjury in his Successive State-Court Petition Alleging 5th, 6th, and 14th Amendment Violations.

9.) The Respondent would not be prejudiced by a stay of the instant Habeas proceedings.

10.) It is Petitioner's intent to seek Relief from his Conviction and he does not Want to Abuse the Writ or delay the Habeas process.

## CONCLUSION

WHEREFORE, Petitioner Asks this Honorable Court to Grant his Motion to Stay the Habeas Corpus proceedings.

DATE: July 30, 2015

SUBMITTED BY:
Hezekiah Hamilton
Hezekiah Hamilton,
#R-26458
Menard, C.C.Ctr.
P.O. Box 1000
Menard, IL 62259

-2-

IN THE CIRCUIT COURT FOR THE SIXTEENTH JUDICIAL CIRCUIT KANE COUNTY, ILLINOIS

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, Respondent, -VS- HEZEKIAH HAMILTON Defendant-Petitioner. | CASE No. 07 CF 3445 Honorable: Timothy Q. Sheldon Judge Presiding. |

## MOTION FOR FORENSIC OR BIOLOGICAL TESTING

Now Comes Hezekiah Hamilton, the defendant-Petitioner acting **Pro-Se** and Respectfully asks this Court to Grant and Allow his Motion for Forensic or Biological Testing. This motion is being filed pursuant to 725 ILCS 5/116-3 (a)(1),(2),(b) § (C). (West 2014).

In support thereof petitioner states as follows:

1.) He is the petitioner in the above Cause and he is Currently incarcerated in the Menard Corr. Ctr., P.O. Box 1000, Menard, IL 62259 Reg. No. #R-26458.

2.) He was Convicted of First-Degree Murder after a Bench trial and sentenced to (55)-years by Judge Timothy Q. Sheldon in March 11, 2010.

3.) The Used Forensic and Biological Evidence to prosecute petitioner, Some of which was tested.

4.) There existed Evidence of a pair of pants that was **Not** tested using an "Amplied Forensic testing Method "(Referred to as" STRPCR") for Biological or DNA matching.

5.) Petitioner believes the clothing Evidence still exists and is in the possession or Control of the State's Attorney office of KANE COUNTY and/or its agents.

-1-

6.) The pants in question were worn by the petitioner who was alleged to have committed a brutal act which would have scattered or splattered blood on said clothing.

7.) If the clothing item were tested using more advanced and accurate methods any biological material will become apparent.

8.) Under Scetion 116-3(a)(1); or (2) the testing petitioner seeks should be allowed. Scetion 116-3(a) states in pertinent part:
"(1) Was not subject to the testing which is now requested at the time of trial; or
(2) although previously subjected to testing, can be subjected to additional testing utilizing a method that was not scientifically available at the time of trial that provides a reasonable likelihood of more probative results..."

## ACTUAL INNOCENCE:

9.) In order for a court to allow such testing a petitione must present a _prima facie_ showing of Actual innocence. 725 ILCS-5/116-3(b)(1).

10.) The clothing and blood stains was a central issue to the State's case, where as in opening statement, presentation of evidence, and closing argument the prosecution relied on: See Trial Transcrist page 63-64

11.) To make a _prima facie_ a petitioner must demenstrate that "the testing has the Scientific potential to produce New, Noncumulative evidence that is Materially Relevant, though not necessarily _exonerating_, to defendant's Claim of Actual innocence. _People v. Pursley_, 407 Ill. App. 3d 526 at 532, 943 N.E. 2d 102 at 104 (2011).

-2-

12.) Petitioner here maintains that the he Can demenstrate that the Scientific testing Sought to be tested Could produce New evidence that is noncumulative and Materially; and Can support of actual innocence.

13.) The evidence at trial was Circumstantial for the most part. The Forensic evidence, particularly blood droplet Was a key part of the Case. The new potential Scientific evidence Would Show no biological material Could link defendant to the Crime and upon a Retrial probably result in a different Verdict.

14.) There is no disputing this Scientific "STRPCR" Method is a generally known and Accepted method Within the forensic Community.

15.) This motion is being filed in good faith and with the intent to support a Claim of Actual innocence, Fundamental fairness and due process of Con demand that said testing be allowed.

## CONCLUSION

WHERE FORE, Hezekiah Hamilton, Prays that this Honorable Court Grant his 116-3 Motion and allow the Scienitific testing under the requested method.

Signed Under the penalty of perjury This 18 Day of March, 2015 that the facts Contained in this Motion are true and Correct

Respectfully Submitted:
Hezekiah Hamilton
Hezekiah Hamilton, Pro Se
Reg. No. R-26458
Menard C. C.
P.O. Box 1000
Menard, IL 62259