IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN, DIVISION

| | |
|---|---|
| HEZEKIAH HAMILTON<br>Petitioner,<br><br>VS.<br><br>KIMBERLY BUTLER<br>Respondent, | Case No. 15CV-7592<br><br>Honorable: James B. Zagel<br>Judge, Presiding. |

FILED
OCT 16 2015
10-16-15 EAA
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## STATUS UPDATE

Now Comes, Hezekiah Hamilton, the Petitioner PRO-SE, and Submits this Status update to this Court on his pending State-Court proceedings.

1) On July 30, 2015 Petitioner filed the instant Writ of Habeas Corpus Petition.

2) Along with said Petition, Hamilton filed a motion seeking to "Stay" the Habeas proceedings.

3) Since the filing of the Habeas Petition, Hamilton has been pursuing a Motion Requesting Forensic testing, Commonly referred to in Illinois as a "116-3 Motion."

4) Petitioner has appeared before the Kane County Circuit Court for the 116-3 Motion and he is Scheduled to Appear in Court on November 18, 2015.

5) Since Petitioner has a 116-3 Motion pending before the State Court, the Federal Court Should Grant the Stay and allow him leave to "Reinstate" the Habeas Corpus proceedings upon final Adjudication and Exhaustion in the State Courts.

-1-

Date: 10-9-2015 ,2015

Respectfully Submitted:
_Hezekiah Hamilton_
Hezekiah Hamilton, Pro Se
#R-26458
Menard, Corr. Ct
P.O. Box 1000
Menard, IL 62259

# IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT
## KANE COUNTY, ILLINOIS

Case No. _07CF3445_

| Plaintiff(s): People | Defendant(s): Hezekiah Harrison |
|---|---|
| Plaintiff(s) Atty.: Orland | Defendant(s) Atty.: Pro se |
| Judge: [signature] | Court Reporter: Joel K. / ☐ None (NCRP) / Deputy Clerk: Mabel |

A copy of this order ☐ should be sent to: ☐ has been sent to:
☐ Plaintiff Atty. ☐ Defense Atty. ☐ Other _____

File Stamp

## ORDER

_cust-DOC_

☒ Defendant is present in Open Court (DPOC)
☐ Defendant is present via Closed Circuit TV (CCTV)
☐ Defendant did not appear (DNAOC)
☐ Interpreter present (INTPR)
☐ Other _____
☐ Defendant has been advised of his rights and penalties (DFRPE)
☐ Inabsentia explained (IAE)
☐ Defendant remanded for transport by sheriff (OROT)
☐ Defendant remanded for CCTV appearance (ORCTV)
☐ Defendant to appear in street clothes and bring lunch (DFASC)

☒ CASE CONTINUED TO _11-18-15_ at _1:30 P_ m. room _313_

☐ By agreement (MAGRE)
☐ On Motion of State (MPROS)
☐ On Motion of Defendant (MDEFN)
☐ On Motion of Court (MCORT)
☐ Pre-trial/status _____
☐ Bench trial
☐ Jury trial
☐ Attorney
☐ VOP Hearing
☒ Hearing on Motion for _Defendant's motion for forensic or biological testing_

THE CLERK IS ORDERED TO:

☐ **Recall outstanding warrants on this file only (WRNTC)**
☐ Send bail forfeiture notice returnable _____ at _____ m. room _____ (BN)
☐ Issue summons returnable _____ at _____ m. room _____ (OISUM)
☐ Take Judgment on forfeiture
☐ Send failure to pay notice returnable _____ at _____ m. room _____
☐ Send failure to pay notice and close upon non-payment
☐ Send final notice returnable _____ at _____ m. room _____
☐ Issue warrant forthwith (OIWAR)(504). Geographical limitations to apply as set by General Order, unless ordered as follows: _____

Bail set at _____ ☐ 10% to apply ☐ Full Cash ☐ Hold Without Bond ☐ No Recog.
☐ Strike court date of _____ (OCDST) ☐ Vacate all other court dates
☒ Other _State asks for continuance to file a response. Δ asks for a 2-month continuance. WRIT to continue._

_State to file response within 21 days._

Date _9-9-15_   Judge _[signature]_

P1-CF-001 (07/13)    White - Clerk    Yellow - Sheriff or P.D.    Pink - Defendant    Gold - SAO

IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN, DIVISION

| | |
|---|---|
| HEZEKIAH HAMILTON<br>  Petitioner,<br>VS.<br><br>KIMBERLY BUTLER<br>  Respondent, | Case No. 15-CV-7592<br><br>Honorable: James B. Zagel<br>Judge, Presiding. |

PROOF/CERTIFICATE OF SERVICE

To: Prisoner Correspondence
Clerk's Office, U.S. District Court
219 South Dearborn Street
Chicago, IL 60604

To: Office of the Attorney General
100 West Randolph Street 12th Floor
Chicago, IL 60601

PLEASE TAKE NOTICE that on October 9, 2015. I placed the attached or enclosed documents in the institutional Mail at Menard Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service.

DATED: 10-9-2015

/s/ Hezekiah Hamilton
Hezekiah Hamilton # R-26458
Menard Correctional Center
P.O. BOX 1000
Menard, IL 62259

Subscribed and sworn to before me this 9 day of October, 2015

_____
NOTARY PUBLIC

OFFICIAL SEAL
MORGAN A. TEAS
Notary Public - State of Illinois
My Commission Expires 2/26/2019