IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HEZEKIAH HAMILTON, R26458, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 15 C 7592 |
| | ) | |
| KIM BUTLER, Warden, | ) | The Honorable |
| | ) | James B. Zagel, |
| Respondent. | ) | Judge Presiding. |

STATUS REPORT

On September 24, 2015, this Court stayed proceedings on petitioner's habeas corpus petition, *see* 28 U.S.C. § 2254, and ordered the parties to file periodic status reports concerning petitioner's motion for DNA testing, *see* 725 ILCS 5/116-3, that was then pending in the Circuit Court of Kane County. Doc. 7.

Petitioner's DNA litigation has concluded. The trial court denied petitioner's motion for DNA testing on November 18, 2015, and, as of today's date, petitioner has not filed a notice of appeal from that judgment.

January 4, 2016                               Respectfully submitted,

                                                           LISA MADIGAN
                                                          Attorney General of Illinois

                             By:    /s/ David H. Iskowich
                                     DAVID H. ISKOWICH, Bar No. 6243162
                                     Assistant Attorney General
                                     100 West Randolph Street, 12th Floor
                                   Chicago, Illinois 60601-3218
                                   TELEPHONE: (312) 814-3421
                                   FAX: (312) 814-2253
                                   E-MAIL: diskowich@atg.state.il.us

CERTIFICATE OF SERVICE

       I certify that on January 4, 2016, I electronically filed respondent's Status Report with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and on the same date mailed a copy of this document via United States Postal Service to the following non-registered party:

Hezekiah Hamilton, R26458
Menard Correctional Center
P.O. Box 1000
Menard, Illinois 62259

                                              /s/ David H. Iskowich
                                              DAVID H. ISKOWICH, Bar No. 6243162
                                              Assistant Attorney General
                                              100 West Randolph Street, 12th Floor
                                              Chicago, Illinois 60601-3218
                                              TELEPHONE: (312) 814-3421
                                              FAX: (312) 814-2253
                                              E-MAIL: diskowich@atg.state.il.us