IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HEZEKIAH HAMILTON, R26458, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 15 C 7592 |
| | ) | |
| KIM BUTLER, Warden, | ) | The Honorable |
| | ) | James B. Zagel, |
| Respondent. | ) | Judge Presiding. |

STATUS REPORT

On September 24, 2015, this Court stayed proceedings on petitioner's habeas corpus petition, *see* 28 U.S.C. § 2254, and ordered the parties to file periodic status reports concerning petitioner's motion for DNA testing, *see* 725 ILCS 5/116-3, that was then pending in the Circuit Court of Kane County.  Doc. 7.

The trial court denied petitioner's motion for DNA testing on November 18, 2015.  Petitioner filed a notice of appeal on March 8, 2016.

March 11, 2016                                    Respectfully submitted,

                                                  LISA MADIGAN
                                                  Attorney General of Illinois


                                    By:    /s/ David H. Iskowich
                                           DAVID H. ISKOWICH, Bar No. 6243162
                                           Assistant Attorney General
                                           100 West Randolph Street, 12th Floor
                                           Chicago, Illinois 60601-3218
                                           TELEPHONE: (312) 814-3421
                                           FAX: (312) 814-2253
                                           E-MAIL: diskowich@atg.state.il.us

CERTIFICATE OF SERVICE

I certify that on March 11, 2016, I electronically filed respondent's Status Report with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and on the same date mailed a copy of this document via United States Postal Service to the following non-registered party:

Hezekiah Hamilton, R26458
Menard Correctional Center
P.O. Box 1000
Menard, Illinois 62259

/s/ David H. Iskowich
DAVID H. ISKOWICH, Bar No. 6243162
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601-3218
TELEPHONE: (312) 814-3421
FAX: (312) 814-2253
E-MAIL: diskowich@atg.state.il.us