N4

IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF
ILLINOIS EASTERN, DIVISION

HEZEKIAH HAMILTON
Petitioner,

VS.

KIMBERLY BUTLER
Respondent,

CASE No. 15CV-7592

HONORABLE: JAMES B. ZAGEL
Judge, Presiding.

FILED

MAR 09 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

STATUS UPDATE

Now Comes, Hezekiah Hamilton, the Petitioner PRO-SE, and Submits
this Status update to this Court on his pending State-Court proceedings.

1) On July 30, 2015 Petitioner filed the instant Writ of Habeas Corpus
Petition.

2) Along with said Petition, Hamilton filed a Motion seeing to "Stay"
the Habeas proceedings.

3) Since the filing of the Habeas Petition, Hamilton has been pursuing
a Motion Requesting Forensic testing, Commonly referred to in
Illinois as a "116-3 Motion.

4) Petitioner has appeared before the KANE COUNTY CIRCUIT Court-
for the 116-3 Motion.

5) On November 18, 2015 the Trial Court denied Petitioner's Motion for
DNA testing. Petitioner filed a Notice of appeal on March 8, 2016.

6) On May 13, 2016 Hamilton, received a letter from Thomas A. Lilien-
Deputy Defender, a Schedule of the briefs due dates.

-1-

7·) Petitioner due dates of the Brief. Appellant's Brief is due to be filed <u>June 1, 2017.</u> Appellee's Brief is due to be filed <u>July 6, 2017.</u> Appellant's reply Brief is due to be filed <u>July 20, 2017.</u>

8·) Since Petitioner has due dates to meet on his brief, before the State Court, the Federal Court Should Grant the stay and allow him leave to "Reinstate" the Habeas Corpus proceedings upon final Abjudication and Exhaustion in the State Court.

Date: <u>March 3, 2017</u>

Respectfully Submitted:

Hezekiah Hamilton, PRO-SE
#R-26458
Menard, Corr. Ct
P.O. Box 1000
Menard, IL 62259

-2-

## IN·THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN, DIVISION

HEZEKIAH HAMILTON
Petitioner

VS.

KIMBERLY BUTLER
Respondent

CASE No. 15-CV-7592

HONORABLE: JAMES B. ZAGEL
Judge, Presiding.

### PROOF / CERTIFICATE OF SERVICE

To: Prisoner Correspondence
Clerk's Office, U.S. District Court
219 South Dearborn Street
Chicago, IL 60604

To: Office of the Attorney General
100 West Randolph Street 12th Floor
Chicago, IL 60601

PLEASE TAKE NOTICE, that On March 3 ,2017. I - placed the attached or enclosed documents in the institutional Mail at Menard Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service.

DATED: March 3, 2017

/S/ Hezekiah Hamilton
Hezekiah Hamilton #R-26458
Menard Correctional Center
P.O. Box 1000
Menard, IL 62259

FR:

Hezekiah Hamilton R-26458
P.O. Box 1000
Menard, IL 62259

**Correspondence From IDOC Inmate**

**-LEGAL MAIL-**



U.S. POSTAGE >> PITNEY BOWES

ZIP 62259 $ 000.46⁰
02 1W
0001389078 MAR 06 2017

03/09/2017-4

To:
Prisoner Correspondence, Clerk's Office U.S.
District Court
219 South Dearborn Street
Chicago, IL 60604

LEGAL MAIL