IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| HEZEKIAH HAMILTON<br>Petitioner,<br><br>VS.<br><br>JACQUELINE LASHBROOK<br>Respondent, | CASE No. 15-CV-7592<br><br>HONORABLE: VIRGINIA M. KENDALL<br>Judge, Presiding. |

FILED
JUN 07 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## STATUS UPDATE

Now Comes, Hezekiah Hamilton, the Petitioner PRO-SE, and Submits this Status update to this Court on his pending State-Court proceedings.

1.) On July 30, 2015 Petitioner filed the instant Writ of Habeas Corpus Petition.

2.) Along With Said Petition, Hamilton filed a Motion Seeking to "Stay" the Habeas proceedings.

3.) Since the filing of the Habeas Petition, Hamilton has been pursuing a Motion Requesting Forensic testing, Commonly referred to in Illinois as a "116-3" Motion.

4.) Petitioner has appeared before the KANE COUNTY CIRCUIT Court for the 116-3 Motion.

5.) On November 18, 2015 the Trial Court denied Petitioner's Motion for DNA testing. Petitioner filed a Notice of appeal on March 8, 2016.

6.) On <u>May 13, 2016</u> Hamilton, received a letter from Thomas A. Lilien, Deputy Defender, a Schedule of the briefs due dates.

7.) Petitioner due dates of the Brief. Appellant's Brief is due to be filed <u>June 1, 2017</u>. Appellee's Brief is due to be filed <u>July 6, 2017</u>. Appellant's reply Brief is due to be filed <u>July 20, 2017</u>.

8.) Since Petitioner has due dates to meet on his brief, before the State Courts the Federal Court Should Grant the Stay and allow him leave to "Reinstate" the Habeas Corpus proceedings upon final Abjudication and Exhaustion in the State Court.

DATE: <u>June 3, 2017</u>

Respectfully Submitted:

<u>Hezekiah Hamilton</u>
Hezekiah Hamilton, PRO-SE
#R-26458
Menard, Corr. Ct
P.O. Box 1000
Menard, IL 62259

-2-

IN THE UNITED STATE DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN, DIVISION

| | |
|---|---|
| HEZEKIAH HAMILTON<br>Petitioner<br><br>VS.<br><br>JACQUELINE LASHBROOK<br>Respondent, | CASE No. 15-CV-7592<br><br>HONORABLE: VIRGINIA M. KENDALL<br>Judge, Presiding. |

## PROOF/CERTIFICATE OF SERVICE

To: Prisoner Correspondence
   Clerk's Office, U.S. District Court
   219 South Dearborn Street
   Chicago, IL 60604

To: Office of the Attorney General
   100 West Randolph Street 12th Floor
   Chicago, IL 60601

PLEASE TAKE NOTICE, that on June 3, 2017. I placed the attached or enclosed documents in the institutional mail at Menard Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service.

DATED: June 3, 2017

/S/ Hezekiah Hamilton
Hezekiah Hamilton #R-26458
Menard Correctional Center
P.O. Box 1000
Menard, IL 62259

FR:

Hezekiah Hamilton R-26458
P.O. Box 1000
Menard, IL 62259

Correspondence From IDOC Inmate

-LEGAL MAIL-

U.S. POSTAGE >> PITNEY BOWES

ZIP 62259
02 1W
0001389078 $ 000.46⁰ JUN 05 2017

2017 JUN -7 AM 11:26
CLERK
U.S. DISTRICT COURT

06/07/2017-19

To:

Prisoner Correspondence
Clerk's Office, U.S. District Court
219 South Dearborn Street
Chicago, IL 60604

LEGAL MAIL!

60604$1800 C005