IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| HEZEKIAH HAMILTON<br>Petitioner, | CASE No. 15-CV-7592 |
| VS. | HONORABLE: VIRGINIA M. KENDALL<br>Judge, Presiding. |
| JACQUELINE LASHBROOK<br>Respondent, | FILED<br>SEP 11 2017<br>THOMAS G. BRUTON<br>CLERK, U.S. DISTRICT COURT |

## STATUS UPDATE

Now Come, Hezekiah Hamilton, the Petitioner PRO-SE, and submits this Status update to this Court on his pending State-Court proceedings.

1.) On July 30, 2015 Petitioner filed the instant Writ of Habeas Corpus Petition.

2.) Along with said Petition, Hamilton filed a Motion seeing to "Stay" the Habeas proceedings.

3.) Since the filing of the Habeas Petition, Hamilton has been pursuing a Motion requesting Forensic testing, Commonly referred to in Illionis as a "116-3" Motion.

4.) Petitioner has appeared before the KANE COUNTY CIRCUIT Court for the 116-3 Motion.

5.) On November 18, 2015 the Trial Court denied Petitioner's Motion for DNA testing. Petitioner filed a Notice of appeal on March 8, 2016.

6.) On May 13, 2016 Hamilton, received a letter from Thomas A. Lilien, Deputy defender, a Schedule of the Briefs due dates.

-1-

7.) Petitioner due dates of the Brief. Appellant's Brief is due to be filed June 1, 2017. Appellee's Brief is due to be filed July 6, 2017. Appellant's reply Brief is due to be filed July 20, 2017.

8.) On May 26, 2017, the Appellate Court have granted Petitioner an extension of time in which Brief to be filed, because the State's just now giving the records to Petitioner Appellate Attorney Karl-H. Mundt, documents is attached with this Status Update, Motion one from the Appellate Court's, One letter from Petitioner Attorney for prove of what's going on with the State Court.

9.) Since Petitioner has due dates to meet on his Briefs, before the State Courts the Federal Court Should Grant the Stay, and allow him leave to "Reinstate" the Habeas Corpus proceedings upon final Abjudication and Exhaustion in the State Court.

DATE: 9-3-2017

Respectfully Submitted:
Hezekiah Hamilton
Hezekiah Hamilton, PRO-SE
#R-26458
Menard, Corr. Ct
P.O. Box 1000
Menard, IL 62259

-2-



**STATE OF ILLINOIS**
**APPELLATE COURT**
SECOND DISTRICT

CLERK OF THE COURT
(847) 695-3750

55 SYMPHONY WAY
ELGIN, IL 60120

TDD
(847) 695-0092

RECEIVED MAY 26 2017
DOCKETING DEPARTMENT
Office of the State Appellate Defender
1st DISTRICT

May 26, 2017

Thomas Armond Lilien
Office of the State Appellate Defender
One Douglas Ave., 2nd Floor
Elgin, IL 60120

RE: People v. Hamilton, Hezekiah
General No.: 2-16-0202
County: Kane County
Trial Court No: 07CF3445

The court has this day, May 26, 2017, entered the following order in the above entitled case:

Motion by defendant-appellant, Hezekiah Hamilton, to request an extension of time to file his brief. Motion granted. Appellant's brief is due August 30, 2017. Per Supreme Court Rule 343, the appellee's brief will be due 35 days after the due date for the appellant's brief. The appellant's reply brief, if any, will be due 14 days after the due date of the appellee's brief.

Robert Mangan
Clerk of the Appellate Court

cc: Lawrence Michael Bauer
    Patricia G. Mysza



**OFFICE OF THE STATE APPELLATE DEFENDER**
FIRST JUDICIAL DISTRICT
203 North LaSalle Street, 24th Floor
Chicago, IL 60601
Telephone: 312/814-5472 . Fax: 312/814-1447
www.state.il.us/defender . E-mail: 1stDistrict@osad.state.il.us

Michael J. Pelletier
State Appellate Defender

Patricia Mysza
Deputy Defender

Shawn O'Toole
Assistant Deputy Defender

Karl H. Mundt
Assistant Appellate Defender

May 30, 2017

Mr. Hezekiah Hamilton
Register No. R26458
Menard Correctional Center
P.O. Box 1000
Menard, IL 62259

Re: ***People v. Hezekiah Hamilton***
Kane County No. 07 CF 3445
Appellate Court No. 2-16-0202

Dear Mr. Hamilton:

Please be advised that we have requested and been granted an extension of time in which to file our brief in your case. The Court issued a new brief due date. Enclosed is a copy of the order.

Karl H. Mundt
Assistant Appellate Defender

IN THE UNITED STATE DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN, DIVISION

| | |
|---|---|
| HEZEKIAH HAMILTON<br>Petitioner<br><br>VS.<br><br>JACQUELINE LASHBROOK<br>Respondent, | CASE No. 15-CV-7592<br><br>HONORABLE: VIRGINI M. KENDALL<br>Judge, Presiding. |

## PROOF/ CERTIFICATE OF SERVICE

To: Prisoner Correspondence
Clerk's Office, U.S. District Court
219 South Dearborn Street
Chicago, IL 60604

To: Office of the Attorney General
100 West Randolph Street 12th Floor
Chicago, IL 60601

PLEASE TAKE NOTICE, that on September 3, 2017. I placed the attached or enclosed documents in the institutional mail at Menard Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service.

DATED: 9-3-2017

/S/ Hezekiah Hamilton
Hezekiah Hamilton R-26458
Menard Correctional Center
P.O. Box 1000
Menard, IL 62259

FR:

Hezekiah Hamilton R-26458
P.O. Box 1000
Menard, IL 62259

2017 SEP 11 AM 8:22
CLERK
U.S. DISTRICT COURT

**Correspondence From IDOC Inmate**

**-LEGAL MAIL-**

U.S. POSTAGE >> PITNEY BOWES
ZIP 62259 $ 000.46⁰
02 1W
0001389078 SEP 06 2017

To: Prisoner Correspondence
Clerk's Office, U.S. District Court
219 South Dearborn Street
Chicago, IL 60604

LEGAL MAIL!

