IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HEZEKIAH HAMILTON, R26458, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 15 C 7592 |
| | ) | |
| KIM BUTLER, Warden, | ) | The Honorable |
| | ) | Virginia M. Kendall, |
| Respondent. | ) | Judge Presiding. |

Status Report

In anticipation of the status hearing scheduled in this Court on December 4, 2017, respondent submits this status report.

On September 24, 2015, this Court stayed proceedings on petitioner's 28 U.S.C. § 2254 habeas corpus petition pending the resolution of his state-court DNA testing. Doc. 7.

That litigation remains pending. The trial court denied petitioner's motion for DNA testing on November 18, 2015, and the matter is on appeal in case No. 2-16-0202. Petitioner's opening brief is due on January 2, 2018.

In light of the continued pendency of petitioner's case in state court, this Court may wish to reset the December 4, 2017 status hearing to a later date.

November 28, 2017                                       Respectfully submitted,

                                                                 LISA MADIGAN
                                                                  Attorney General of Illinois


                                    By:    <u>/s/ David H. Iskowich</u>
                                                 DAVID H. ISKOWICH, Bar No. 6243162
                                                 Assistant Attorney General
                                                 100 West Randolph Street, 12th Floor
                                                 Chicago, Illinois 60601-3218
                                                 TELEPHONE: (312) 814-3421
                                                 FAX: (312) 814-2253
                                                 E-MAIL: diskowich@atg.state.il.us

CERTIFICATE OF SERVICE

       I certify that on November 28, 2017, I electronically filed respondent's **Status Report** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and on the same date mailed a copy of this document via United States Postal Service to the following non-registered party:

Hezekiah Hamilton, R26458
Menard Correctional Center
P.O. Box 1000
Menard, Illinois 62259

                                            /s/ David H. Iskowich
                                            DAVID H. ISKOWICH, Bar No. 6243162
                                            Assistant Attorney General
                                            100 West Randolph Street, 12th Floor
                                            Chicago, Illinois 60601-3218
                                            TELEPHONE: (312) 814-3421
                                            FAX: (312) 814-2253
                                            E-MAIL: diskowich@atg.state.il.us