IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN, DIVISION

| | |
|---|---|
| HEZEKIAH HAMILTON<br>Petitioner,<br><br>VS.<br><br>JACQUELINE LASHBROOK<br>Respondent, | CASE No. 15-CV-7592<br><br>HONORABLE: VIRGINIA M. KENDALL<br>Judge, Presiding.<br><br>FILED<br>DEC 11 2017<br>THOMAS G. BRUTON<br>CLERK, U.S. DISTRICT COURT |

## STATUS UPDATE

NOW COME, Hezekiah Hamilton, the Petitioner PRO-SE, and submits this Status Update to this Court on his pending State-Court proceedings.

1.) On July 30, 2015 Petitioner filed the instant Writ of Habeas Corpus Petition.

2.) Along with said Petition, Hamilton filed a Motion seeing to "Stay" the Habeas proceedings.

3.) Since the filing of the Habeas Petition, Hamilton has been pursuing a Motion requesting Forensic testing, Commonly referred to in Illinois as a "116-3 Motion.

4.) Petitioner has appeared before the KANE COUNTY CIRCUIT Court for the 116-3 Motion.

5.) On November 18, 2015 the Trial Court denied Petitioner's Motion for DNA testing. Petitioner filed a Notice of appeal on March 8, 2016.

-1-

6.) On May 13, 2016 Hamilton, received a letter from Thomas A. Lilien, Deputy defender, a Schedule of the Briefs due dates.

7.) Petitioner due dates of the Brief. Appellant's Brief is due to be filed June 1, 2017. Appellee's Brief is due to be filed July 6, 2017. Appellant's reply Brief is due to be filed July 20, 2017.

8.) On May 26, 2017, the Appellate Court have granted Petitioner an Extension of time in which Brief to be filed, because the State's just now giving the records to Petitioner Appellate Attorney Karl H. Mundt.

9.) On August 16, 2017, Hamilton, went on a Attorney Phone Call with Karl H. Mundt, Mundt, Stated that he Can't help Hamilton, with his Brief due to be file Hamilton, have filed a Extension of time to Response to Counsel's Finly-Motion, On September 5, 2017.

10.) On November 7, 2017, Hamilton, filed Reponse to Appellate Counsel's Motion for Leave to Withdraw and Motion to file Response to Counsel's Finley Motion Instanter, Proceedings Still pending.

11.) Since Petitioner Still have Proceedings pending in the State Courts the Federal Court Should Grant the Stay and allow him leave to "Reinstate" the Habeas Corpus proceedings upon final Abjudication and Exhaustion in the State Court.

DATE: 12-3-2017

Respectfully Submitted:
Hezekiah Hamilton.
Hezekiah Hamilton R-26458, PRO-SE
Menard, Correctional. Center
P.O. Box 1000
Menard, IL 62259

IN THE UNITED STATE DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| HEZEKIAH HAMILTON<br>Petitioner<br><br>VS.<br><br>JACQUELINE LASHBROOK<br>Respondent, | CASE No. 15-CV-7592<br><br>HONORABLE: VIRGINIA M. KENDALL<br>Judge; Presiding. |

## PROOF/CERTIFICATE OF SERVICE

To: Prisoner Correspondence
Clerk's Office, U.S. District Court
219 South Dearborn Street
Chicago, IL 60604

To: Office of the Attorney General
100 West Randolph Street 12th Floor
Chicago, IL 60601

PLEASE TAKE NOTICE, that on December 3, 2017. I placed the attached or enclosed documents in the institutional Mail at Menard Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service.

DATED: 12-3-2017

/s/ Hezekiah Hamilton
Hezekiah Hamilton R-26458
Menard Correctional Center
P.O. Box 1000
Menard, IL 62259

FR:

Hezekiah Hamilton R-26458
P.O. Box 1000
Menard, IL 62259

Correspondence From IDOC Inmate

LEGAL MAIL-



U.S. POSTAGE >> PITNEY BOWES
ZIP 62259 $ 000.46⁰
02 1W
0001389078 DEC 06 2017

RECEIVED
2017 DEC 11 AM 8:42

12/11/2017-28

To:
Prisoner Correspondence Clerk's Office,
U.S. District Court
219 South Dearborn Street
Chicago, IL 60604

LEGAL MAIL!