

IN THE UNITED STATE DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS
EASTERN, DIVISION

HEZEKIAH HAMILTON
   Petitioner,

VS.

JACQUELINE LASHBROOK
   Respondent,

FILED
MAR 12 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CASE No. 15-CV-7592

HONORABLE: VIRGINIA M. KENDALL
   Judge; Presiding.

## STATUS UPDATE

Now Come, Hezekiah Hamilton, the Petitioner PRO-SE, and submits this status update to this Court on his pending State-Court proceedings.

1.) On July 30, 2015 Petitioner filed the instant Writ of Habeas Corpus Petition.

2.) Along with said Petition, Hamilton filed a Motion seeing to "Stay" the Habeas proceedings.

3.) Since the filing of the Habeas Petition, Hamilton has been pursuing a Motion requesting Forensic testing, Commonly referred to in Illinois as a "116-3 Motion."

4.) Petitioner has appeared before the KANE COUNTY CIRCUIT Court for the 116-3 Motion.

5.) On November 18, 2015, the Trial Court denied Petitioner's Motion for DNA testing. Petitioner filed a Notice of appeal on March 8, 2016.

6.) On May 13, 2016 Hamilton, received a letter from Thomas A. Lilien, Deputy defender, a Schedule of the Briefs due dates.

7.) On January 26, 2018 The State's file a Motion for extension of time, the Court's Granted State Motion for extension of time, Documents is attached with new Appellee's Brief due dates and Petitioner's Reply brief due date.

8.) Since Petitioner has due dates to meet on his Brief, before the State Court's the Federal Court should grant the Stay and allow him leave to "Reinstate" the Habeas Corpus proceedings upon final Adjudication and Exhaustion in the State Court.

DATE: 3-3-2018

Respectfully Submitted:
Hezekiah Hamilton
Hezekiah Hamilton # R-26458, PRO-SE
Menard Corr. Ct
P.O. Box 1000
Menard, IL 62259

IN THE UNITED STATE DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| HEZEKIAH HAMILTON<br>Petitioner<br><br>VS.<br><br>JACQUELINE LASHBROOK<br>Respondent, | CASE No. 15-CV-7592<br><br>HONORABLE: VIRGINIA M. KENDALL<br>Judge; Presiding. |

### PROOF/CERTIFICATE OF SERVICE

To: Prisoner Correspondence
Clerk's Office, U.S. District Court
219 South Dearborn Street
Chicago, IL 60604

To: Office of the Attorney General
100 West Randolph Street 12th Floor
Chicago, IL 60601

PLEASE TAKE NOTICE, that on March 3, 2017. I placed the attached or enclosed documents in the institutional mail at Menard Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service.

DATED: 3-3-2018

/s/ Hezekiah Hamilton
Hezekiah Hamilton R-26458
Menard Correctional Center
P.O. Box 1000
Menard, IL 62259



# STATE OF ILLINOIS
# APPELLATE COURT
### SECOND DISTRICT

**CLERK OF THE COURT**
(847) 695-3750

55 SYMPHONY WAY
ELGIN, IL 60120

**TDD**
(847) 695-0092

January 26, 2018

Victoria Elizabeth Jozef
State's Attorneys Appellate Prosecutor
2032 Larkin Ave.
Elgin, IL 60123

RE: People v. Hamilton, Hezekiah
General No.: 2-16-0202
County: Kane County
Trial Court No: 07CF3445

The court has this day, January 26, 2018, entered the following order in the above entitled case:

Motion by plaintiff-appellee, People of the State of Illinois, to request an extension of time to file their brief. Motion granted. Appellee's brief is due May 7, 2018. Per Supreme Court Rule 343, the appellant's reply brief, if any, will be due May 21, 2018.

Robert J. Mangan
Clerk of the Appellate Court

cc: Hezekiah Hamilton

FR:
Hezekiah Hamilton R-26458
P.O. Box 1000
Menard, IL 62259



Correspondence From IDOC Inmate

-LEGAL MAIL-

2018 MAR 12 AM 9:01

U.S. POSTAGE PITNEY BOWES
ZIP 62259 $ 000.47⁰
02 1W
0001389078 MAR 05 2018

To:
Prisoner Correspondence Clerk's Office,
U.S. District Court
219 South Dearborn Street
Chicago, IL 60604

03/12/2018-62

LEGAL MAIL!