IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HEZEKIAH HAMILTON, R26458, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 15 C 7592 |
| | ) | |
| KIM BUTLER, Warden, | ) | The Honorable |
| | ) | Virginia M. Kendall, |
| Respondent. | ) | Judge Presiding. |

Status Report

In anticipation of the status hearing scheduled in this Court on August 6, 2018, respondent submits this status report.

On September 24, 2015, this Court stayed proceedings on petitioner's 28 U.S.C. § 2254 habeas corpus petition pending the resolution of his state-court DNA testing.  Doc. 7.

That litigation remains pending.  The trial court denied petitioner's motion for DNA testing in November 2015, and the matter is on appeal in case No. 2-16-0202.  The case is fully briefed and awaiting decision by the state appellate court.

In light of the continued pendency of petitioner's case in state court, this Court may wish to reset the August 6, 2018 status hearing to a later date.

July 31, 2018                              Respectfully submitted,

                                          LISA MADIGAN
                                          Attorney General of Illinois


                              By:    /s/ David H. Iskowich
                                     DAVID H. ISKOWICH, Bar No. 6243162
                                     Assistant Attorney General
                                     100 West Randolph Street, 12th Floor
                                     Chicago, Illinois 60601-3218
                                     TELEPHONE: (312) 814-3421
                                     FAX: (312) 814-2253
                                     E-MAIL: diskowich@atg.state.il.us

Certificate of Service

I certify that on July 31, 2018, I electronically filed respondent's **Status Report** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and on the same date mailed a copy of this document via United States Postal Service to the following non-registered party:

Hezekiah Hamilton, R26458
Menard Correctional Center
P.O. Box 1000
Menard, Illinois 62259

/s/ David H. Iskowich
DAVID H. ISKOWICH, Bar No. 6243162
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601-3218
TELEPHONE: (312) 814-3421
FAX: (312) 814-2253
E-MAIL: diskowich@atg.state.il.us