# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Hezekiah Hamilton

                     Plaintiff,

v.                                                Case No.: 1:15−cv−07592
                                                Honorable Virginia M. Kendall

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 6, 2018:

      MINUTE entry before the Honorable Virginia M. Kendall. Status hearing held on 8/6/2018. Plaintiff appeared telephonically. By agreement of parties, case is dismissed without prejudice with leave to re−file within 60 days of final judgment of criminal case. Plaintiff is directed to re−file case under the original case number 15 C 7592 and not under a new number. Civil case terminated. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.