IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| HEZEKIAH HAMILTON<br>Petitioner, | CASE No. 1:15-CV-07592 |
| -VS- | HONORABLE: VIRGINIA M. KENDALL<br>Judge, Presiding. |
| JACQUELINE LASHBROOK<br>Respondent, | FILED<br>OCT -9 2018<br>THOMAS G. BRUTON<br>CLERK, U.S. DISTRICT COURT |

## STATUS UPDATE

Now Come, Hezekiah Hamilton, the Petitioner PRO-SE, and Submits this Status update to this Court on his pending State-Court proceedings.

1.) On July 30, 2015 Petitioner filed the instant Writ of Habeas Corpus Petition.

2.) Along with said Petition, Hamilton filed a Motion Seeing to "Stay" the Habeas proceedings.

3.) Since the filing of the Habeas Petition, Hamilton has been pursuing a Motion requesting Forensic testing, Commonly referred to in Illinois as a "116-3 Motion"

4.) Petitioner have filed his Brief's with the Appellate Court, appealing the Trial Court When it denied defendant's Motion for testing Under Section 116-3. On August 20, 2018. The Appellate Court affirm the Order dismissing Petitioner Brief's.

5.) On September 10, 2018. Petitioner filed, "Petition For Leave To Appeal," Appealing the Order because his Claim's have merit's.

6.) On September 7, 2018. Petitioner Respectfully filed with the Circuit-Court, the prayer For leave to file a "Successive Post-Conviction Petition," based on Evidence which is Newly Discovered to defendant. These evidence was not available at defendant Trial, defendant filing this Successive Post-Conviction in good faith

-1-

And exhausting his options to filed a Successive Post-Conviction Petition.

7.) Since Petitioner has come cross some "Newly Discovered Evidence," before the State Courts the Federal Court Should Grant the Stay and allow him leave to "Reinstate" the Habeas Corpus proceedings upon final Abjudication and Exhaustion in the State Court.

DATED: 9-28-2018

Respectfully Submitted:
Hezekiah Hamilton
Hezekiah Hamilton, PRO-SE
#R-26458
Menard Correctional Center
P.O. Box 1000
Menard, IL 62259

-2-

IN THE UNITED STATE DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN, DIVISION

| | |
|---|---|
| HEZEKIAH HAMILTON<br>Petitioner<br><br>- VS -<br><br>JACQUELINE LASHBROOK<br>Respondent, | CASE No. 1:15-CV-07592<br><br>HONORABLE: VIRGINI M. KENDALL<br>Judge, Presiding. |

## PROOF/CERTIFICATE OF SERVICE

To: Prisoner Correspondence
Clerk's Office, U.S. District Court
219 South Dearborn Street
Chicago, IL 60604

To: Office of The Attorney General
100 West Randolph Street 12th Floor
Chicago, IL 60601

PLEASE TAKE NOTICE, that on September 28, 2018. I placed the attached or enclosed documents in the Institutional Mail at Menard Correctional Center, properly addressed to the parties listed above for Mailing through the United States Postal Service.

DATED: 9-28-2018

/S/ Hezekiah Hamilton
Hezekiah Hamilton R-26458
Menard Correctional Center
P.O. Box 1000
Menard, IL 62259

FR:
Hezekiah Hamilton R-26458
P.O. Box 1000
Menard, IL 62259

Correspondence From IDOC Inmate

-LEGAL MAIL-

U.S. POSTAGE PITNEY BOWES
ZIP 62259
02 1W
$ 000.47⁰
0001389078 OCT 01 2018

To:
Prisoner Correspondence Clerk's Office, U.S. District Court
219 South Dearborn Street
Chicago, IL 60604

LEGAL MAIL!

10/09/2018-5