# IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN, DIVISION

| | |
|---|---|
| HEZEKIAH HAMILTON<br>Petitioner,<br>-VS-<br>FRANK LAWRENCE<br>Respondent, | CASE No. 1:15-CV-07592<br><br>HONORABLE: VIRGINIA M. KENDALL<br>Judge, Presiding. |

**FILED**
MAR 1 5 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## STATUS UPDATE

Now Comes, Hezekiah Hamilton, the Petitioner <u>PRO-SE</u>, And Submits this Status Update to this Court on his pending State-Court Proceedings.

1. <u>On July 30, 2015</u>. Petitioner filed the Instant Writ of Habeas Corpus Petition. Along with said petition, Hamilton filed A motion seeking to "Stay the Habeas proceedings."

2. Since the filing of the Habeas petition, Hamilton has been pursuing a Motion requesting Forensic testing, Commonly Referred to in Illinois as a "116-3 Moten." Petitioner have filed his Brief's with the Appellate Court, Appealing the Trial Court when it denied petitioner's Moten for testing Under Section 116-3. On August 20, 2018. The Appellate Court affirm the order dismissing petitioner Brief's.

3. On September 10, 2018. Petitioner filed "Petition for Leave -

To Appeal." Appealing the Order because his Claim's have Merits.

4. On November 28, 2018. The Illinois Supreme Court denied petitioner's, petition for Leave to Appeal regarding Moten for DNA Testing on petitioner's Pants.

5. On September 7, 2018. Petitioner respectfully filed With the Circuit Court, the prayer for Leave to File a "Successive Post-Conviction Petition," based On Evidence Which is Newly-Discovered to petitioner. These evidence Was not available to petitioner Trial. Petitioner filed this Successive Post-Conviction in good faith and exhausting his Options to prove his Innocence after due diligence "Newly Discovered Evidence" have been Obtained by Freedom of Information Act, ETC., Regarding Misconduct by 7 of the investigating Officers, Who Participated in the Criminal Investigation and gathering of evidence against the petitioner.

This misconduct include (5), involve Tampering With evidence!! That's why the petitioner requested for DNA testing of Petitioner's Pants.

6. On October 18, 2018. The Circuit Court denied petitioner Successive Post-Conviction Petition and petitioner Appealed the Order;
    The Petitioner is requesting this Honorable Court to Weigh in by Ordering DNA Testing on the Pants and inside of the Boots!! To resolve the matter once and for all Whether

The Blood of Brenetta Beck, Was on them. The trial Court Abused it discretion when denied Petitioner Motion. Petitioner here Maintains that he can demonstrate that the Scientific Sought to be tested Could produce New Evidence that is Noncumulative and materially; And Can Support Petitioner Claim of Actual Innocence.

The Prosecution relied Upon a Inference drawn from Conjecture and Speculation, regarding the Circumstantial evidence of Petitioner Pants. The prosecution, Speculating that the Victim Blood Was on the Pant's Were there Was never any Testing done on the Pants or send to any Crime Lab.

7. Petitioner Submits this Status Update to this Court on his pending State-Court proceedings, the Office of the State Appellate Defender have not yet Assigned a Appellate Attorney to Hamilton Case. State-Court proceedings Still pending.

Attached With this Status Motion is a letter from the Office of the State Appellate Defender. Stated the Appellate Court has extended the due date on Petitioner Brief's to July 29, 2019.

8. Since Petitioner has Come Cross "Newly Discovered Evidence," and Presented it before the State Court's the Federal Court Should Grant the Stay and allow him Leave to "Reinstate" the Habeas Corpus proceedings Upon final Adjudication and Exhaustion in the State Court.

DATE 3-8-2019

Respectfully Submitted:

*Hezekiah Hamilton*

Hezekiah Hamilton PRO-SE
#R-26458
Menard Correctional Center
P.O. Box 1000
Menard, IL 62259

IN THE UNITED STATE DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN, DIVISION

| | |
|---|---|
| HEZEKIAH HAMILTON<br>Petitioner<br>VS.<br>FRANK LAWRENCE<br>Respondent, | CASE No.1:15-CV-07592<br><br>HONORABLE: VIRGINIA M. KENDALL<br>Judge, Presiding. |

## PROOF/CERTIFICATE OF SERVICE

To: Prisoner Correspondence
Clerk's Office, U.S. District Court
219 South Dearborn Street
Chicago, IL 60604

To: Office Of The Attorney General
100 West Randolph Street 12th Floor
Chicago, IL 60601

PLEASE TAKE NOTICE, that on March 8, 2019. I placed the attached or enclosed documents in the Institutional mail at Menard Correctional Center, Properly addressed to the parties listed above for mailing through the United States Postal Service.

DATED: 3-8-2019

/S/ Hezekiah Hamilton
Hezekiah Hamilton #R-26458
Menard Correctional Center
P.O. Box 1000
Menard, IL 62259



# OFFICE OF THE STATE APPELLATE DEFENDER
## SECOND JUDICIAL DISTRICT

One Douglas Ave • Second Floor
Elgin, IL 60120
Telephone: 847/695-8822 • Fax: 847/695-8959
www.state.il.us/defender • E-mail: 2ndDistrict@osad.state.il.us

**JAMES E. CHADD**
STATE APPELLATE DEFENDER

**THOMAS A. LILIEN**
DEPUTY DEFENDER

**JOSETTE SKELNIK**
ASSISTANT DEPUTY DEFENDER

**YASEMIN EKEN**
SUPERVISOR

**PAUL ALEXANDER ROGERS**
SUPERVISOR

March 1, 2019

Mr. Hezekiah Hamilton
Register No. R26458
Menard Correctional Center
P.O. Box 1000
Menard, IL 62259

RE: *People v. Hezekiah Hamilton*
Kane County No. 07 CF 3445
Appellate Court No. 2-18-0886

Dear Mr. Hamilton:

Please be advised that the Appellate Court has extended the due date in your case until July 29, 2019. This date takes into account the heavy case load of this Office.

Sincerely,

THOMAS A. LILIEN
Deputy Defender

Encl. *Extension Order*



RECEIVED 2/28/2019

STATE OF ILLINOIS
## APPELLATE COURT
SECOND DISTRICT

CLERK OF THE COURT
(847) 695-3750

55 SYMPHONY WAY
ELGIN, IL 60120

TDD
(847) 695-0092

February 28, 2019

Thomas Armond Lilien
Office of the State Appellate Defender
One Douglas Avenue, Second Floor
Elgin, IL 60120

RE: People v. Hamilton, Hezekiah
General No.: 2-18-0886
County: Kane County
Trial Court No: 07CF3445

The court has this day, February 28, 2019, entered the following order in the above entitled case:

On the court's own motion the appellant's brief due date in the above named case has been extended to July 29, 2019. Per Supreme Court Rule 343, the appellee's brief will be due 35 days after the due date for the appellant's brief. The appellant's reply brief, if any, will be due 14 days after the due date for the appellee's brief.

*Robert J. Mangan*

Robert J. Mangan
Clerk of the Appellate Court

cc: David Joseph Robinson

FR:
Hezekiah Hamilton R-26458
P.O. Box 1000
Menard, IL 62259

Correspondence From IDOC Inmate

-LEGAL MAIL-



U.S. POSTAGE >> PITNEY BOWES
ZIP 62259
02 1W
0001389078 MAR 11 2019
$ 000.65⁰

2019 MAR 15 AM 8:22
CLERK
U.S. DISTRICT COURT

To: Prisoner Correspondence
Clerk's Office, U.S. District Court
219 South Dearborn Street
Chicago, IL 60604

03/15/2019-3

LEGAL MAIL!

606043180O C005