IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN, DIVISION

| | |
|---|---|
| HEZEKIAH HAMILTON<br>Petitioner,<br>-VS-<br>FRANK LAWRENCE<br>Respondent, | CASE No. 1:15-CV-07592<br><br>HONORABLE: VIRGINIA M. KENDALL<br>Judge, Presiding. |

FILED
JUN 13 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## STATUS UPDATE

Now Comes, Hezekiah Hamilton, the Petitioner PRO-SE, And Submits this Status Update to this Court on his pending State-Court Proceedings.

1. On July 30, 2015, Petitioner filed the Instant Writ of Habeas Corpus Petition. Along with said petition, Hamilton filed A Motion seeking to "Stay the Habeas proceedings."

2. Since the filing of the Habeas petition, Hamilton has been pursuing a Motion requesting Forensic testing, Commonly Refferred to in Illinois as a "116-3 Motion." Petitioner have filed his Brief's With the Appellate Court, Appealing the Trial Court When it denied petitioner's Motion for testing under Section 116-3. On August 20, 2018, The Appellate Court Affirm the order dismissing petitioner Brief's.

3. On September 10, 2018, Petitioner filed "Petition for Leave-To Appeal." Appealing the order because his Claim's have Merits.

-1-

4. On November 28, 2018. The Illinois Supreme Court denied Petitioner's, petition for Leave to Appeal regarding Motion for DNA Testing on petitioner's Pants.

5. On September 7, 2018. Petitioner respectfully filed with the Circuit Court, the prayer for Leave to file a "Successive-Post-Conviction Petition," based on Evidence which is Newly-Discovered to Petitioner. These evidence was not Available to petitioner Trial. Petitioner filed this Successive Post-Conviction in good faith and exhausting his Options to prove his Innocence after due diligence "Newly Discovered Evidence," have been obtained by Freedom Of Information Act, Etc., Regarding Misconduct by 7 of the investigating Officers, who Participated in the Criminal Investigation and gathering of evidence against the petitioner.

This misconduct include (5), involve Tampering with evidence!! That's way the petitioner requested for DNA testing of Petitioner's Pant.

6. On October 18, 2018. The Circuit Court denied petitioner Successive Post-Conviction Petition and petitioner Appealed the Order;

The Petitioner is requesting this Honorable Court to Weigh in by Ordering DNA Testing on the Pants and inside of the Boots!! To resolve the matter once and for all Whether the Blood of Brenetta Beck, was on them. The trial Court Abused it discretion when denied Petitioner Motion. Petitioner here Maintains that he Can demonstrate that the Scientific-

Sought to be tested Could produce New Evidence that is Noncumulative and materially; And Can Support Petitioner Claim of Actual Innocence.

The Prosecution relied Upon a Inference drawn from Conjecture and Speculation, regarding the Circumstantial evidence of Petitioner Pants. The prosecution, Speculating that the Victim Blood was on the Pant's Were there was never any testing done on the Pants or send to any Crime Lab.

7. Petitioner Submits this Status Update to this Court on his pending State-Court proceedings, the Office of the State Appellate Defender have not yet Assigned a Appellate Attorney to Hamilton Case. State-Court proceedings Still pending.

Attached with this Status Motion is a letter from the Office of the State Appellate Defender. Stated that Petitioner Case have been Transferred to the First-District Office. Because of a Potential Conflict With the Second Judicial District Appellate Court.

8. Since Petitioner has Come Cross "Newly Discovered Evidence," And Presented it before the State Court's the Federal Court Should Grant the Stay and allow him Leave to "Reinstate" the Habeas Corpus proceedings Upon final Adjudication and Exhaustion in the State Court.

-3-

DATE: 6-7-2019

Respectfully Submitted:
/s/ Hezekiah Hamilton
Hezekiah Hamilton R-26458 PRO-SE
Menard Correctional Center
P.O. Box 1000
Menard, IL 62259

-4-

IN THE UNITED STATE DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN, DIVISION

| | |
|---|---|
| HEZEKIAH HAMILTON<br>Petitioner,<br>-VS-<br>FRANF LAWRENCE<br>Respondent, | CASE No. 1:15-CV-07592<br><br>HONORABLE: VIRGINIA M. KENDALL<br>Judge, Presiding. |

## PROOF/CERTIFICATE OF SERVICE

To: Prisoner Correspondence
Clerk's Office, U.S. District Court
219 South Dearborn Street
Chicago, IL 60604

To: Office Of The Attorney General
100 West Randolph Street 12th Floor
Chicago, IL 60601

PLEASE TAKE NOTICE, that on June 7, 2019. I placed the attached or enclosed documents in the Institutional mail at Menard Correctional Center, Properly addressed to the parties listed above for mailing through the United States Postal Service.

DATED: 6-7-2019

/s/ Hezekiah Hamilton
Hezekiah Hamilton R-26458
Menard Correctional Center
P.O. Box 1000
Menard, IL 62259



## OFFICE OF THE STATE APPELLATE DEFENDER
### SECOND JUDICIAL DISTRICT

One Douglas Ave • Second Floor
Elgin, IL 60120
Telephone: 847/695-8822 • Fax: 847/695-8959
www.state.il.us/defender • E-mail: 2ndDistrict@osad.state.il.us

**JAMES E. CHADD**
STATE APPELLATE DEFENDER

**THOMAS A. LILIEN**
DEPUTY DEFENDER

**JOSETTE SKELNIK**
ASSISTANT DEPUTY DEFENDER

**YASEMIN EKEN**
SUPERVISOR

**PAUL ALEXANDER ROGERS**
SUPERVISOR

---

JESSICA W. ARIZO
SADE V. EDWARDS
ANN FICK
KERRY GOETTSCH
FLETCHER P. HAMILL
ERIN SHANAHAN JOHNSON
APRIL D. KENTALA
BRUCE KIRKHAM
VICKI P. KOUROS
BRYAN G. LESSER
CHRISTOPHER M. McCOY
DARREN E. MILLER
JAIME L. MONTGOMERY
SHERRY R. SILVERN
ANDREW SMITH
LUCAS WALKER
STEVEN L. WALKER
R. CHRISTOPHER WHITE
ASSISTANT APPELLATE DEFENDERS

April 28, 2019

Mr. Hezekiah Hamilton
Register No. R26458
Menard Correctional Center
P.O. Box 1000
Menard, IL 62259

RE: ***People v. Hezekiah Hamilton***
Kane County No. 07 CF 3445
Appellate Court No. 2-18-0886

Dear Mr. Hamilton:

Please be advised that your case has been transferred to our First District Office. We have transferred your case to our First District Office, because we have identified a potential conflict with this office handling your case. The address for the First District Office now handling your appeal is:

> Office of the State Appellate Defender
> First District Office
> 203 North LaSalle St
> 24th Floor
> Chicago, IL 60601
> 312 814-5472

Your appeal will still be decided by the Second Judicial District Appellate Court. You will be notified of the attorney assigned to your case soon.

Sincerely,

THOMAS A. LILIEN
Deputy Defender

FR:

Hezekiah Hamilton R-26458
P.O. Box 1000
Menard, IL 62259

Correspondence from IDOC Inmate

-LEGAL MAIL-



U.S. POSTAGE >> PITNEY BOWES

ZIP 62259 $ 000.50⁰
02 4W
0000365806 JUN 10 2019

06/13/2019-22

To:

Prisoner Correspondence
Clerk's Office, U.S. District Court
219 South Dearborn Street
Chicago, IL 60604

LEGAL MAIL!

6060431800 C005

2019 JUN 13  AM 8:31