FILED

SEP 20 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION

HEZEKIAH HAMILTON

Petitioner,

-VS

FRANK LAWRENCE

Respondent,

CASE No. 1:15-CV-07592

HONORABLE: VIRGINIA M. KENDALL

Judge, Presiding.

## STATUS UPDATE

Now Comes, Hezekiah Hamilton, the Petitioner PRO-SE, and Submits this Status Update to this Court on his pending State-Court Proceedings.

1. On July 30, 2015. Petitioner filed the Instant Writ of Habeas Corpus Petition. Along With said petition, Hamilton filed A Motion seeking to "Stay the Habeas proceedings."

2. Since the filing of the Habeas petition, Hamilton has been pursuing a Motion requesting Forensic testing, Commonly Refferred to in Illinois as a "116-3 Motion." Petitioner have filed his Brief's With the Appellate Court, Appealing the Trial Court When it denied petitioner's Motion for testing Under Section 116-3. On August 20, 2018. The Appellate Court Affirm the order dismissing petitioner Brief's.

3. On September 10, 2018. Petitioner filed "Petition For Leave-To Appeal." Appealing the order because his Claim's have Merits.

-1-

4. On November 28, 2018, The Illinois Supreme Court denied Petitioner's, Petition For Leave to Appeal regarding Motion for DNA Testing on Petitioner's Pants.

5. On September 7, 2018, Petitioner respectfully Filed With the Circuit Court, the prayer For Leave to File a "Successive-Post-Conviction Petition," based on Evidence Which his Newly Discovered to Petitioner. These evidence Was not Available to petitioner Trial. Petitioner Filed this Successive-Post-Conviction in good faith and exhausting his Options to prove his Innocence after due Diligence "Newly Discovered Evidence," have been Obtained by Freedom Of Information Act, Etc., Regarding Misconduct by 7 of the Investigating Officer's, Who Participated in the Criminal Investigation and gathering of Evidence against the Petitioner.

This Misconduct include (5), involve Tampering With Evidence!! That's Way the Petitioner requested for DAN testing of Petitioner's Pants.

6. On October 18, 2018, The Circuit Court denied Petitioner Successive Post-Conviction Petition and Petitioner Appealed the order:

The Petitioner is requesting this Honorable Court to Weigh in by ordering DNA Testing on the Pants and inside of the Boots!! To resolve the Matter once and for all Whether the Blood of Brenetta Beck, Was on them. The trial Court Abused it discretion When denied Petitioner Motion. Petitioner here Maintains that he Can demonstrate that

-2-

The Scientific Sought to be tested Could produce New-
Evidence that is Noncumulative and Materially; And
Can support Petitioner Claim of Actual Innocence.
        The Prosecution relied upon a
Inference drawn from Conjecture and Speculation,
regarding the Circumstantial evidence of Petitioner Pants.
The prosecution, Speculating that the Victim Blood Was
on the Pant's Were there Was never any testing done
on the Pants or send to any Crime Lab.

7. Petitioner Submits this Status-Update to this Court on
his pending State-Court proceedings, the Office of the
State Appellate Defender have Assigned a Appellate Attorney
to Hamilton Case. State-Court proceedings still pending.

        Attached With this Status Motion is a letter
from the Office of the State Of Illinois Appellate Court,
Stated the due dates of Petitioner Brief's October 28 2019.
Reply Brief is due December 16, 2019.

8. On June 2, 2019. Petitioner have Mailed a "Motion Rule-
12(B)", to the Kane County Circuit Court. Rule 12(B)
Indictment 07-CF-3445 failed to Invoke Ill. Const.
1970 Art. 6 Sec. 9 Justiciable matter (Jurisdiction). And
Motion Was filed June 7, 2019. Proceedings still pending.

9. Since Petitioner has Come Cross "Newly Discovered Evidence," And presented it before the State Court's and proceedings Still pending on his "Rule 12 (B) Motion", the Federal Court Should Grant the Stay and allow him Leave to "Reinstate" the Habeas Corpus proceedings Upon Final Adjudication and Exhaustion in the State Court.

DATED: 9-13-2019

Respectfully Submitted:

/s/ Hezekiah Hamilton

Hezekiah Hamilton R-26458 PRO-SE

Menard Correctional Center

P.O. Box 1000

Menard, IL 62259

-4-

**OFFICE OF THE STATE APPELLATE DEFENDER**

**FIRST JUDICIAL DISTRICT**

203 North LaSalle Street • 24th Floor
Chicago, Illinois 60601
Telephone: 312/814-5472 • Fax: 312/814-1447
www.state.il.us/defender • E-mail: 1stDistrict@osad.state.il.us

**JAMES E. CHADD**
STATE APPELLATE DEFENDER

**PATRICIA MYSZA**
DEPUTY DEFENDER

**DOUGLAS R. HOFF**
ASSISTANT DEPUTY DEFENDER

**KARL H. MUNDT**
ASSISTANT APPELLATE DEFENDER

July 17, 2019

Mr. Hezekiah Hamilton
Register No. R26458
Menard Correctional Center
P.O. Box 1000
Menard, IL 62259

RE:  ***People v. Hezekiah Hamilton***
     Kane County No. 07 CF 3445
     Appellate Court No. 2-18-0886

Dear Mr. Hamilton:

I recently received your letter inquiring about who is assigned to your case.
I am assigned to your case, but have not started working on your case yet.

At this office, we are dedicated to providing the best representation possible,
and part of the system in place for doing so includes a policy of working on
the oldest cases first. Because I have not begun to work on your case, I am
not in a position to discuss your case just yet. You are, however, welcome to
continue sending me documents to add to your file for future use.

As soon as I begin reading the record in your case, I will send you a letter
and will arrange a telephone call so that we can discuss your case. You
should also be aware that your case may be transferred to another attorney
if another attorney can work on your case sooner. If your case is transferred
to another attorney, you will be notified.

Thank you for your patience and understanding.

Sincerely,

KARL H. MUNDT
Assistant Appellate Defender



**OFFICE OF THE STATE APPELLATE DEFENDER**
**FIRST JUDICIAL DISTRICT**
203 North LaSalle Street, 24th Floor
Chicago, IL 60601
Telephone: 312/814-5472 . Fax: 312/814-1447
www.state.il.us/defender . E-mail: 1stDistrict@osad.state.il.us

August 02, 2019

James E. Chadd
State Appellate Defender

Patricia Mysza
Deputy Defender

Douglas R. Hoff
Assistant Deputy Defender

Karl H. Mundt
Assistant Appellate Defender

Mr. Hezekiah Hamilton
Register No. R26458
Menard Correctional Center
P.O. Box 1000
Menard, IL 62259

Re:  ***People v. Hezekiah Hamilton***
      Kane County No. 07 CF 3445
      Appellate Court No. 2-18-0886

Dear Mr. Hamilton:

Please be advised that we have requested and been granted an extension of time in which to file our brief in your case. The Court issued a new brief due date. Enclosed is a copy of the order.

Karl H. Mundt
Assistant Appellate Defender



STATE OF ILLINOIS
# APPELLATE COURT
### SECOND DISTRICT
55 SYMPHONY WAY
ELGIN, IL 60120

CLERK OF THE COURT
(847) 695-3750

TDD
(847) 695-0092

August 1, 2019

Thomas Armond Lilien
Office of the State Appellate Defender
One Douglas Avenue, Second Floor
Elgin, IL 60120

RE:  People v. Hamilton, Hezekiah
     General No.: 2-18-0886
     County: Kane County
     Trial Court No: 07CF3445

The court has this day, August 01, 2019, entered the following order in the above entitled case:

Motion by appellant, Hezekiah Hamilton, for an extension of time to file his brief.  Motion granted.  Appellant's brief is due October 28, 2019.  Appellee's brief is due December 2, 2019.  The appellant's reply brief, if any, is due December 16, 2019.

*Robert J. Mangan*

Robert J. Mangan
Clerk of the Appellate Court

cc:   Edward Randall Psenicka
      Patricia G. Mysza

IN THE UNITED STATE DISTRICT COURT NORTHERN DISTRICT OF
ILLINOIS EASTERN, DIVISION

HEZEKIAH HAMILTON
  Petitioner

-VS.-

JACQUELINE LASHBROOK
  Respondent,

CASE No. 1:15-CV-07592

HONORABLE: VIRGINIA M. KENDALL
  Judge; Presiding.

PROOF/CERTIFICATE OF SERVICE

To: Prisoner Correspondence
    Clerk's Office, U.S. District Court
    219 South Dearborn Street
    Chicago, IL 60604

To: Office of The Attorney General
    100 West Randolph Street 12th Floor
    Chicago, IL 60601

PLEASE TAKE NOTICE, that on September 13 , 2019. I placed the
attached or enclosed documents in the Institutional Mail at Menard
Correctional Center, Properly Addressed to the parties listed above for
Mailing through the United States Postal Service.

DATED: 9-13-2019

151 Hezekiah Hamilton
Hezekiah Hamilton R-26H58
Menard Correctional Center
P. O. Box 1000
Menard, IL 62259

U.S. POSTAGE ✉ PITNEY BOWES

ZIP 62259 **$ 000.65⁵**
02 4W
0000365806 SEP 16 2019

Correspondence from IDOC Inmate
-LEGAL MAIL-

To:

Prisoner Correspondence
Clerk's Office, U.S. District Court
219 South Dearborn Street
Chicago, IL 60604

09/20/2019-6

FR:

Hezekiah Hamilton R-21458
P.O. Box 1000
Menard, IL 62259

Ac

2019 SEP 20 AM 8:

LEGAL MAIL!