IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

FILED
DEC 11 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| HEZEKIAH HAMILTON<br>Petitioner,<br>-VS-<br>FRANK LAWRENCE<br>Respondent, | Case No. 1:15-CV-07592<br><br>HONORABLE: VIRGINIA M. KENDALL<br>Judge, Presiding. |

## STATUS UPDATE

Now Comes, Hezekiah Hamilton, The Petitioner PRO-SE, and Submits this Status Update to this Court On his pending State-Court Proceedings.

1. On July 30, 2015. Petitioner filed the Instant Writ of Habeas Corpus Petition. Along With said petition, Hamilton filed A Motion Seeking to "Stay the Habeas Proceedings."

2. Since the filing of the Habeas Petition, Hamilton has been pursuing a Motion requesting Forensic Testing, Commonly Refferred to in Illinois as a "116-3 Motion." Petitioner have filed his Briefs With the Appellate Court, Appealing the Trial Court When it Denied petitioner's Motion for testing Under Section 116-3. On August-20, 2018. The Appellate Court Affirm the order dismissing Petitioner's Brief's.

3. On September 10, 2018. Petitioner filed "Petition For Leave To-Appeal." Appealing the order because his Claims have Merits.

-1-

4. On November 28, 2018. The Illinois Supreme Court denied Petitioner's, Petition For Leave to Appeal regarding Motion for DNA Testing On Petitioner's Pants.

5. On September 7, 2018. Petitioner respectfully filed With the Circuit Court, the prayer For Leave to file a "Successive-Post-Conviction Petition," based on Evidence Which his Newly-Discovered to Petitioner, These evidence was not Available to Petitioner Trial. Petitioner filed this Successive Post-Conviction in good faith and exhausting his Options to prove his Innocence after due Diligence "Newly Discovered Evidence," have been Obtained by Freedom of Information Act, ETC., Regarding Misconduct by 7 of the Investigating Officer's, that Participated in the Criminal Investigation and gathering of Evidence against the Petitioner.
 This Misconduct include (5), involve Tampering With Evidence!! That's why the Petitioner requested for DNA testing of Petitioner's Pants.

6. On October 18, 2018. The Circuit Court denied Petitioner Successive Post-Conviction Petition and Petitioner Appealed the order.

7. Petitioner Submits this Status-Update to this Court on his pending State-Court Proceedings, State Appellate Defender have not yet Start to Working On Petitioner, there have been an Extension of time due to the State Appellate Office Policy, Where they Work on the Oldest Case first.

-2-

Attached With this Status Update Motion is a letter from the Office of the State of Illinois Appllate Court, Stated the due dates of Petitioner's Brief's May 8, 2020. Reply Brief, if any, is needed due June 26, 2020.

8. On June 7, 2019, Petitioner filed "Motion Rule 12(B)," to The Kane County Circuit Court. Rule 12(B) Indictment 07-CF-3445 failed to Invoke Ill. Const. 1970 Art. 6 - Sec. 9 Justiciable matter (Jurisdiction). And Motion Was filed June 7, 2019. Proceedings Still pending.

9. Since Petitioner has Come Cross "Newly Discovered Evidence," and presented it before the state Court's and proceedings Still pending on his "Rule 12(B) Motion," the Federal Court should grant the stay and allow him "Leave-to Reinstate" the Habeas Corpus proceedings Upon final Adjudication and Exhaustion in the State-Court.

DATED: 12-4-2019

Respectfully Submitted:
/S/ Hezekiah Hamilton
Hezekiah Hamilton R-26458
Menard Correctional Center
P.O. Box 1000
Menard, IL 62259



STATE OF ILLINOIS
# APPELLATE COURT
SECOND DISTRICT

| CLERK OF THE COURT | 55 SYMPHONY WAY | TDD |
| (847) 695-3750 | ELGIN, IL 60120 | (847) 695-0092 |

November 1, 2019

Thomas Armond Lilien
Office of the State Appellate Defender
One Douglas Avenue, Second Floor
Elgin, IL 60120

RE: People v. Hamilton, Hezekiah
    General No.: 2-18-0886
    County: Kane County
    Trial Court No: 07CF3445

The court has this day, November 01, 2019, entered the following order in the above entitled case:

Motion by appellant, Hezekiah Hamilton, for an extension of time to file his brief. Motion granted. Appellant's brief is due May 8, 2020. Appellee's brief is due June 12, 2020. The appellant's reply brief, if any, is due June 26, 2020.

*Robert J. Mangan*

Robert J. Mangan
Clerk of the Appellate Court

cc:    Edward Randall Psenicka
       Patricia G. Mysza



**OFFICE OF THE STATE APPELLATE DEFENDER**
FIRST JUDICIAL DISTRICT
203 North LaSalle Street, 24th Floor
Chicago, IL 60601
Telephone: 312/814-5472 . Fax: 312/814-1447
www.state.il.us/defender . E-mail: 1stDistrict@osad.state.il.us

James E. Chadd
State Appellate Defender

Patricia Mysza
Deputy Defender

Douglas R. Hoff
Assistant Deputy Defender

Karl H. Mundt
Assistant Appellate Defender

November 04, 2019

Mr. Hezekiah Hamilton
Register No. R26458
Menard Correctional Center
P.O. Box 1000
Menard, IL 62259

Re: *People v. Hezekiah Hamilton*
    Kane County No. 07 CF 3445
    Appellate Court No. 2-18-0886

Dear Mr. Hamilton:

Please be advised that we have requested and been granted an extension of time in which to file our brief in your case. The Court issued a new brief due date. Enclosed is a copy of the order.

At this office, we are dedicated to providing the best representation possible, and part of the system in place for doing so includes a policy of working on the oldest cases first. In fairness to all our clients, we have requested, and been granted, an extension of time that reflects our expectation of when we will be ready to prepare and file a brief on your behalf, based on the judgment date of your case.

If you are released while this appeal is pending, please write me with your address and phone number so that I may keep you updated on any actions taken in your case.

Karl H. Mundt
Assistant Appellate Defender

IN THE UNITED STATE DISTRICT COURT NORTHERN DISTRICT OF
ILLINOIS EASTERN, DIVISION

HEZEKIAH HAMILTON
Petitioner

-VS.-

FRANK LAWRENCE
Respondent,

CASE No. 1:15-CV-07592

HONORABLE: VIRGINIA M. KENDALL
Judge; Presiding.

## PROOF/CERTIFICATE OF SERVICE

To: Prisoner Correspondence
Clerk's Office, U.S. District Court
219 South Dearborn Street
Chicago, IL 60604

To: Office of The Attorney General
100 West Randolph Street 12th Floor
Chicago, IL 60601

PLEASE TAKE NOTICE, that on December 4, 2019, I placed the attached or enclosed documents in the Institutional Mail at Menard Correctional Center, Properly Addressed to the parties listed above for Mailing through the United States Postal Service.

DATED: 12-4-2019

/S/ Hezekiah Hamilton
Hezekiah Hamilton R-26458
Menard Correctional Center
P.O. Box 1000
Menard, IL 62259

FR:
Hezekiah Hamilton R-26458
P.O. Box 1000
Menard, IL 62259

2019 DEC 11 AM 8:18

Correspondence from IDOC Inmate
-LEGAL MAIL-

U.S. POSTAGE >> PITNEY BOWES
ZIP 62259 $ 000.50⁰
02 4W
0000365806 DEC 06 2019

12/11/2019-47

To:
Prisoner Correspondence Clerk's Office, U.S. District Court
219 South Dearborn Street
Chicago, IL 60604

LEGAL MAIL!

6060481894 C005