IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| HEZEKIAH HAMILTON<br>Petitioner,<br><br>VS.<br><br>FRANK LAWRENCE<br>Respondent, | CASE No. 1:15-CV-07592<br><br>HONORABLE: VIRGINIA M. KENDALL<br>Judge, Presiding. |

## STATUS UPDATE

NOW COMES, Hezekiah Hamilton, the Petitioner PRO-SE, and Submits this Status Update to this Court on his pending State-Court Proceedings.

1. On July 30, 2015, Petitioner filed the instant Writ of Habeas Corpus Petition. Along with said petition, Hamilton filed a Motion seeking to "Stay the Habeas Proceeding," which was granted.

2. Since the filing of the Habeas Petition, Hamilton has been pursuing a Motion requesting Forensic Testing and his Successive Post-Conviction Petition.

3. On September 7, 2018, Petitioner respectfully filed with the Circuit Court, the prayer For Leave To File A "Successive Post-Conviction Petition," based on Evidence Which his Newly Discovered to Petitioner. These evidence was not Available to Petitioner Trial. Petitioner filed this Successive Post-Conviction in good faith and exhausting his Options to prove his Innocence after Due-

-1-

Diligence "Newly Discovered Evidence," have been Obtained by Freedom of Information Act, ETC. Regarding Misconduct by 7 of the Investigating Officer's, that participated in the Criminal Investigation and gathering of Evidence against the Petitioner.

This Misconduct include (5), involve Tampering With Evidence!! That's why the Petitioner requested for DNA testing of Petitioner's Pants.

4. On October 18, 2018. The Circuit Court denied Petitioner Successive Post-Conviction Petition and Petitioner Appealed the Order.

5. Petitioner Submits this Status-Update to this Court on his pending State-Court Proceedings, State Appellate Defender have not yet start Working on Petitioner Appeal, there have been an Extension of time due to the State Appellate Office Policy, Where they Work on the Oldest Case first, the due dates are still the Same for petitioner Brief's. May 8, 2020, Reply Brief if any, is needed due June 26, 2020.

6. Petitioner filed "Motion Rule 12(B)," to the kane County Circuit Court. Rule 12(B) Indictment 07-CF-3445, failed to Invoke Ill. Const. 1970 Art. 6 Sec. 9 Justiciable Matter (Jurisdiction). And Motion Was filed Proceedings Still pending.

7. Since Petitioner has Come Cross "Newly Discovered Evidence," and presented it before the State Court's and proceedings still pending on his "Rule 12(B) Motion," the Federal Court should grant the stay and allow him leave-to Reinstate" the Habeas Corpus proceedings Upon final Adjudication and Exhaustion in the State-Court.

DATED: 3-4-2020

Respectfully Submitted:
/s/ Hezekiah Hamilton
Hezekiah Hamilton R-26458
Menard Correctional Center
P.O. Box 1000
Menard, IL 62259

-3-

IN THE UNITED STATE DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| HEZEKIAH HAMILTON<br>Petitioner,<br>-VS-<br>FRANK LAWRENCE<br>Respondent, | CASE No. 1:15-CV-07592<br><br>HONORABLE: VIRGINIA M. KENDALL<br>Judge, Presiding. |

## PROOF/CERTIFICATE OF SERVICE

To: Prisoner Correspondence
Clerk's Office, U.S. District Court
219 South Dearborn Street
Chicago, IL 60604

To: Office Of The Attorney General
100 West Randolph Street 12th Floor
Chicago, IL 60601

PLEASE TAKE NOTICE, that on March 4, 2020. I placed the attached or enclosed documents in the Institutional mail at Menard Correctional Center, Properly addressed to the parties listed above for Mailing through the United States Postal Service.

DATED: 3-4-2020

/S/ Hezekiah Hamilton
Hezekiah Hamilton R-26458
Menard Correctional Center
P.O. Box 1000
Menard, IL 62259

Fr:
Hezekiah Hamilton R-26458
P.O. Box 1000
Menard, IL 62259

2020 MAR 10 AM 8:20

LEGAL MAIL!

03/10/2020-35

To:
Prisoner Correspondence
Clerk's Office, U.S. District Court
219 South Dearborn Street
Chicago, IL 60604

Correspondence from IDOC Inmate
-LEGAL MAIL-

U.S. POSTAGE >> PITNEY BOWES
ZIP 62259
02 4W
0000365806 MAR 06 2020
$ 000.50⁰