IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| HEZEKIAH HAMILTON<br>Petitioner,<br>VS.<br>ANTHONY WILLS<br>Respondent. | CASE No. 1:15-CV-07592<br><br>HONORABLE: VIRGINIA M. KENDALL<br>Judge, Presiding. |

FILED
JUN 15 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## STATUS UPDATE

NOW COMES, Hezekiah Hamilton, the Petitioner PRO-SE, and Submits this Status Update to this Court on his pending State-Court Proceedings.

1. On July 30, 2015, Petitioner filed the instant Writ Of Habeas Corpus Petition. Along With said petition, Hamilton filed a Motion Seeking to "Stay the Habeas Proceeding," Which was granted.

2. Since the filing of the Habeas Petition, Hamilton has been pursuing a Motion requesting Forensic Testing and his Successive Post-Conviction Petition and a Motion Rule 12(B).

3. On September 7, 2018, Petitioner respectfully filed With the Circuit Court, the prayer for Leave To File a "Successive Post-Conviction Petition," based on Evidence Which his Newly Discovered to Petitioner. These evidence Was not Available to Petitioner Trial. Petitioner filed this Successive Post-Conviction in good faith and exhausting his

-1-

Options to prove his Innocence after Due Diligence "Newly Discovered Evidence", have been Obtained by Freedom of Information Act, ETC. Regarding Misconduct by 7 of the Investigating Officer's, that participated in the Criminal Investigation and gathering of Evidence against the Petitioner. This Misconduct include (5), involve Tampering With Evidence!! That's Why the Petitioner requested for DNA testing of Petitioner's Pants.

4. On October 18, 2018, The Circuit Court denied Petitioner Successive Post-Conviction Petition and Petitioner Appeal the Order, proceeding pending.

5. On March 16, 2020, Petitioner filed a nother Successive Post-Conviction Petition, dealing With his Arrest Violating his 14th, 4th Amendment Rights and Article 1 § 6 of the Illinois Constitution proceeding Still pending.

6. Petitioner filed "Motion Rule 12(B)", to the Kane County Circuit Court. Rule 12(B) Indictment 07-CF-3445, failed to Invoke Illinois Constitution 1970 Article 6 Sec. 9 Justiciable Matter (Jurisdiction). And Motion was filed proceedings Still pending.

7. On May 12, 2020, Appellate Counsel filed Motion to Withdraw from Petitioners Case Stated their issues have no merit When it Clearly Shown <u>CAUSE</u> and <u>PREJUDICE</u> the Appellate Court granted Appellant defenders Motion to Withdraw On May 12, 2020. Petitioner has Clearly Shown Cause, in his Petition by Showing and Identifying an Objective factor that impeded his Ability to raise this

-2-

Specific Claim during his initial Post-Conviction proceedings. The Appellate Court erred in allowing Appellate Counsel to Withdraw pursuant to Pennsylvania V. Finley 481 U.S 551 (1987) and that the Appellate Court also erred in not directly giving review of Petitioners Claims, but Agreeing With Appellate Counsel, Assesments in his Motion to Withdraw.

8. Since petitioner has his Rule 12 (B) Motion is pending and his Successive Post-Conviction Still pending, PLA is due in 35 days "the Federal Court Should grant the stay and allow him leave to Reinstate" the Habeas Corpus proceedings Upon final Adjudication and Exhaustion in the State-Court.

DATED: 5-31-2020

Respectfully Submitted:
/s/ _Hezekiah Hamilton_
Hezekiah Hamilton R-26458
Menard Correctional Center
P.O. Box 1000
Menard, IL 62259

IN THE UNITED STATE DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| HEZEKIAH HAMILTON<br>    Petitioner<br>VS.<br><br>ANTHONY WILLS<br>    Respondent | CASE No. 1:15-CV-07592<br><br>HONORABLE: VIRGINIA M. KENDALL<br>    Judge - Presiding |

## PROOF / CERTIFICATE OF SERVICE

To: Prisoner Correspondence Clerk's Office, U.S. District Court
219 South Dearborn Street
Chicago, IL 60604

To: Office Of The Attorney General
100 West Randolph Street 12th Floor
Chicago, IL 60601

PLEASE TAKE NOTICE, that on ___May 31___, 2020. I placed the attached or enclosed documents in the institutional Mail at Menard Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service.

DATED: 5-31-2020

Subscribed and sworn to before me on the
29 day of May, 2020
_____
Notary Public

/S/ Hezekiah Hamilton
Hezekiah Hamilton R-26458
Menard Correctional Center
P.O. Box 1000
Menard, IL 62259

OFFICIAL SEAL
PATRICIA B. STEWART
Notary Public - State of Illinois
My Commission Expires 1/03/2022

FR:

Hezekiah Hamilton R26458
P.O. Box 1000
Menard, IL 62259

Correspondence from IDOC Inmate

-LEGAL MAIL-



To:

Prisoner Correspondence Clerk's Office, U.S. District Court
219 South Dearborn Street
Chicago, IL 60604


06/15/2020-87

LEGAL MAIL!